No. 807. TAYLOR v. FAHS, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Philip Elijah Paine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Walter Akerman, Jr.* for respondent. ▇▇▇▇▇▇▇

No. 808. LIEBLING v. LEVY ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Frank D. Mayer* and *Louis A. Kohn* for respondents. ▇▇▇▇▇▇▇

No. 813. MILNER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Wm. Scott Stewart* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▇▇▇▇▇▇▇

No. 815. STEINER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Robert J. Downing* and *William I. Conway* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph M. Howard* and *Lawrence K. Bailey* for the United States. ▇▇▇▇▇▇▇

No. 821. CLAY ET AL. v. DOMINION OF CANADA ET AL. C. A. 2d Cir. Certiorari denied. *John W. Guzzetta* for petitioners. *Inzer B. Wyatt* filed a brief for Arnold D. P. Heeney, Ambassador of Canada to the United States, as *amicus curiae,* in opposition. ▇▇▇▇▇▇▇

No. 822. WOLF v. BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *John Caughlan* for petitioner. *Solici-*